IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                    CASE NO. **4:05CR00141GH**

RUTHIE MAE LITTLES                                          DEFENDANT

## ORDER

On motion of the government, for good cause, the judgment is amended to include the forfeiture of the seized items as recited in the Indictment.

IT IS SO ORDERED this 18th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

-1-